OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs, and the certified question answered in the affirmative.
 

 The Appellate Division correctly determined that, as a matter of law, the accident did not result from an elevation-related risk
 
 (see, Bond v York Hunter Constr.,
 
 95 NY2d 883;
 
 Rocovich v Consolidated Edison Co.,
 
 78 NY2d 509, 514-515).
 

 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley and Rosenblatt concur in memorandum.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, etc.